THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **06-50253** |
| **MELISA L WIREBAUGH** | ) | |
| | ) | MARILYN SHEA-STONUM |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **NATIONAL CITY LOSS PREVENTION**
   **Check No. 771439**
   **Claim #003**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$21.87** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **5/6/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*[Handwritten: Ck # 783446  receipt # 82338]*

*[Stamp: FILED 2011 MAY 10 PM 1:07 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO, AKRON]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

MELISA L WIREBAUGH
3321 HUDSON DRIVE
CUYAHOGA FALLS, OH 44221
(Via Regular Mail)


STEVEN M ADLER (via ECF)

NATIONAL CITY LOSS PREVENTION
R-J28-57
400 WEST FOURTH ST
ROYAL OAK, MI 48067
(via Regular Mail)

Date of Service: **5/6/2011**      By: **JoAnn Romig**
                                  Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com